# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2021 KW 0203

VERSUS

ROCARLDO WEITERS                                      **APRIL 22, 2021**

---

In Re:    Rocarldo Weiters, applying for supervisory writs, 22nd
          Judicial District Court, Parish of St. Tammany, No.
          486455-2.

---

**BEFORE:    WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

   **WRIT DENIED.**

                              **VGW**
                              **JEW**
                              **WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
        FOR THE COURT